UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(9) NEB/TNL

United States of America,

                Plaintiff,

v.                                **ORDER FOR APPOINTMENT OF COUNSEL**

Abdikadir Ainanshe Mohamud,

                Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Kyle White, Attorney ID 22599X, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: September 21, 2022                        *s/ David T. Schultz*
                                                       Honorable David T. Schultz
                                                       United States Magistrate Judge