AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
**SEP 22 2022**
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Abdikadir Ainanshe Mohamud (9)<br><br>*Defendant* | )<br>)  Case No. CR 22-223 MJD/DTS<br>)<br>)<br>)<br>) |

RECEIVED
US MARSHALS
SAINT PAUL, MN
2022 SEP 14  AM 7:42

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Abdikadir Ainanshe Mohamud,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 – Conspiracy to Commit Wire Fraud, 18:371; Counts 4, 6 – Wire Fraud, 18:1343; Count 15 – Conspiracy to Commit Federal Programs Bribery, 18:371; Counts 29-31 – Federal Programs Bribery, 18:666(a)(1)(B) and (a)(2); Count 41 – Conspiracy to Commit Money Laundering, 18:1956(h); Count 55 – Money Laundering, 18:1957.

Date: 9/13/2022

*/s/ M. Fogarty*
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
ARRESTED ON 9/20/2022
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
SEP 22 2022
U.S. DISTRICT COURT ST. PAUL